**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Annette Fuller Roach
Louisiana Appellate Project
P. O. Box 1747
Lake Charles LA 70602-1747

**REHEARING ACTION: July 27, 2011**

**Docket Number: 11  00252-JAC**

**STATE IN THE INTEREST OF B.B., B.K.G. & B.G.**

**Appealed from Lafayette Parish Case No. JC-20080671**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. J. David Painter**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **R. A.** has this day been

    **DENIED.**
    Genovese, J., would grant in part as to costs; Otherwise, would deny.

cc: William Thomas Babin, Counsel for the Appellee
    Leah Antoinette Beard, Counsel for the Appellee
    Allyson Claire Melancon Prejean, Counsel for the Appellee
    Lloyd Dangerfield, Counsel for the Appellee
    Thomas M. Dupont, Counsel for the Appellee